# EXHIBIT B

## ASSIGNMENT

In consideration of the sum of One United States Dollar ($1.00 USD) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, JDP Engineering & Machine Inc., a Canadian corporation with a principal place of business at 12 Crestmont Way SW, Calgary AB, T3B 5Z6, CANADA that is in good standing in the jurisdiction of its formation/organization ("JDP"), desires to and hereby assigns, sells and transfers to DynaEnergetics Europe GmbH, a German company with a principal place of business at Kaiserstrasse 3, 53840 Troisdorf, GERMANY ("Dyna"), all applications that claim priority to the following patent applications, that are assigned concurrently herewith in a separate assignment signed by the parties:

| Country of Filing | Type of Filing | Application No. | Filing Date | Title |
|---|---|---|---|---|
| Canada | Utility | 2821506 | 7/18/13 | PERFORATION GUN COMPONENTS AND SYSTEM |
| PCT | Utility | PCT/CA2014/050673 | 7/16/14 | PERFORATION GUN COMPONENTS AND SYSTEM |

all right, title and interest in and to the following patent applications, ("Patent Applications"):

| Country of Filing | Type of Filing | Application No. | Filing Date | Title |
|---|---|---|---|---|
| PCT | Utility | PCT/CA2014/050673 | 7/16/14 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Argentina | Utility | 20140102653 | 7/17/14 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Argentina | Utility | 20190101834 | 7/1/19 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Brazil | Utility | BR1120150330100 | 12/30/15 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Canada | Utility | 3070118 | 1/28/20 | PERFORATION GUN COMPONENTS AND SYSTEM |
| China | Utility | 201480040456.9 | 1/15/16 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Great Britain | Utility | 1600085.3 | 1/4/16 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Great Britain | Utility | 1700625.5 | 1/13/17 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Great Britain | Utility | 1717516.7 | 10/25/17 | PERFORATION GUN COMPONENTS AND SYSTEM |
| India | Utility | 201647004496 | 2/8/16 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Norway | Utility | 20160017 | 1/6/16 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Norway | Utility | 20171759 | 11/7/17 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Norway | Utility | 20180507 | 4/13/18 | PERFORATION GUN COMPONENTS AND SYSTEM |
| Russia | Utility | 2016104882 | 2/15/16 | PERFORATION GUN COMPONENTS AND SYSTEM |

APRIL 23 2020

2/2B

(We hereby authorize and request DynaEnergetics Europe GmbH or its delegated attorneys or agents to insert above the application number and filing date of any additional related Patent Application(s) when known.)

and any and all additional applications for patent claiming priority thereto and patents issuing therefrom or from such additional patent applications in any and all countries throughout the world, including all divisions, continuations, reexaminations and reissues thereof, and all rights of priority resulting from the filing of the Patent Applications, and authorize and request any official whose duty it is to issue patents, to issue any patent on the inventions and improvements resulting therefrom to Dyna, or its successors or assigns, and agree that on request to utilize commercially reasonable means to procure, communicate or cause to be communicated to Dyna or its representatives or nominees any facts known to JDP respecting the inventions and improvements, sign all lawful papers, execute all divisional, continuation, reexamination and reissue applications, make all rightful oaths and/or declarations and generally do everything possible to aid Dyna, and to have its employees, affiliates and contractors aid Dyna, its successors, assigns, and nominees to obtain and enforce proper patent protection for the invention and its improvements in all countries if and when requested by Dyna and at Dyna's sole cost. The foregoing assignment also includes the right of Dyna and its successors in interests, assignees or affiliates to sue for, and collect and retain damages for, past infringements of the patents assigned herein.

Should any provision of this Assignment or part thereof be held under any circumstances in any jurisdiction to be invalid or unenforceable, such invalidity or unenforceability shall not affect the validity or enforceability of any other provision of this Assignment or other part of such provision.

Remuneration claims of the inventor(s)/assignor(s) potentially arising from German Law on Employee Inventions, or any other respective country law, remain unaffected by this Assignment.

IN TESTIMONY WHEREOF, this Assignment is executed on behalf of JDP Engineering & Machine Inc. as follows:

JDP Engineering & Machine Inc.

Signature: _____

Name: David C. Parks
Title: Owner / Chief Engineer

Date: APRIL 23, 2020

Witnessed by: _____  Date: 2020/04/23

MATT PRINNEY
Printed Name of Witness

Witnessed by: _____  Date: APRIL 23 2020

MICHELLE PARKS
Printed Name of Witness