**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2315

SWM INTERNATIONAL, LLC

     Plaintiff,

v.

DYNAENERGETICS EUROPE GMBH, and
DYNAENERGETICS US, INC.,

     Defendant.

---

**JOINT MOTION TO STAY
PENDING RESOLUTION OF MOTION TO DISMISS**

---

Through counsel and pursuant to Local Rule 7.1 and the Court's inherent authority to control its docket, Defendants DynaEnergetics Europe GmbH ("DynaEnergetics Europe") and DynaEnergetics US, Inc. ("DynaEnergetics US") (collectively "DynaEnergetics") and Plaintiff SWM International, LLC ("SWM") jointly move to stay the case, including all pending deadlines for a limited period pending resolution of Defendants' Motion to Dismiss (Dkt. 21). As cause therefore, the parties show the Court as follows.

On January 28, 2021, DynaEnergetics filed suit against SWM in the Northern District of Texas, alleging that SWM has infringed U.S. Patent No. 10,844,697 ("the '697 Patent"). (*See* Dkt. 21-3). SWM subsequently filed this lawsuit on September 14, 2021, alleging that SWM, rather than DynaEnergetics, owns the '697 Patent, and seeking a

declaratory judgment to that effect as well as affirmative relief for DynaEnergetics' purported fraud in acquiring the '697 Patent.  (*See* Dkt. 1).  After obtaining an extension of time to respond, DynaEnergetics moved to dismiss this case, or alternatively transfer it to the Northern District of Texas.  (*See* Dkt. 21).

While that motion was pending, the parties conducted a Rule 26(f) conference and submitted a Proposed Scheduling Order.  (*See* Dkt. 34).  In their proposal, the parties requested that no case management deadlines be set and that all discovery be deferred until the Court has resolved DynaEnergetics' pending motion to dismiss, for purposes of conserving party and judicial resources. (*Id*. at p. 10).  During the subsequent scheduling conference, Magistrate Judge Crews advised the parties that they would need to file a joint motion to stay formally requesting such relief.  The parties do so now.

"The decision to issue a protective order and thereby stay discovery is within the sound discretion of the trial court."  *Ashaheed v. Currington*, No. 1:17-cv-03002-WJM-SKC, 2019 U.S. Dist. LEXIS 236665, at *2 (D. Colo. Nov. 4, 2019) (granting stay of discovery pending the resolution of motion to dismiss) (citing *Diaz v. Paul J. Kennedy Law Firm*, 289 F.3d 671, 674 (10th Cir. 2002)).  Courts in this District consider the propriety of a stay by balancing five so-called *String Cheese* factors: (1) the plaintiff's interests in proceeding expeditiously and the potential prejudice of a delay; (2) the burden on the defendants if no stay is issued; (3) the convenience to the Court; (4) the interests of non-parties; and (5) the public interest.  *Ashaheed*, 2019 U.S. Dist. LEXIS 236665, at *2–3 (D. Colo. Nov. 4, 2019) (citing *String Cheese Incident, LLC v. Stylus Shows, Inc.*,

No. 02-cv-01934-LTB-PAC, 2006 U.S. Dist. LEXIS 97388, at *4–5 (D. Colo. Mar. 30, 2006).

The Court should exercise its inherent authority and stay this case pending resolution of DynaEnergetics' motion to dismiss, as doing so would conserve judicial and party resources, and would reduce the possibility of inconsistent rulings between this action and the Northern District of Texas action.

The first two *String Cheese* Factors are not at issue here because this motion is jointly filed. *See, e.g., Belen v. Pbia & Co.*, No. 1:19-cv-00584-PAB-GPG, 2021 U.S. Dist. LEXIS 221197, at *6 (D. Colo. June 10, 2021) (granting joint motion to stay discovery pending resolution of motion to dismiss; "[t]urning to the first two factors, the motion is jointly filed, thus neither factor is at issue.").

As to convenience, "[w]here a pending motion may dispose of an action . . . a stay of proceedings may allow the Court to avoid expending resources in managing an action" that will not ultimately proceed in this court. *Ashaheed*, 2019 U.S. Dist. LEXIS 236665, at *6 (citing *Stone v. Vail Resorts Dev. Co.*, No. 09-cv-02081-WYD-KLM, 2010 U.S. Dist. LEXIS 8765, at *6 (D. Colo. Jan. 7, 2010)).  A stay here may prevent such a waste of judicial time and resources.

Finally, there is a strong public policy in "avoiding unnecessary expenditures of public and private resources on litigation." *Ashaheed*, 2019 U.S. Dist. LEXIS 236665, at *6 (quoting *Chapman v. Fed. Bureau of Prisons*, No. 15-cv-00279-WYD-KLM, 2015 U.S. Dist. LEXIS 99648, at *11 (D. Colo. July 30, 2015)).  "The public also has an interest in conserving judicial resources by addressing dispositive issues early in the litigation."

3

*Chapman*, 2015 U.S. Dist. LEXIS 99648, at *11 (granting motion to stay discovery pending resolution of motion to dismiss).  This factor, too, weighs in favor of a stay.

Because each of the relevant *String Cheese* factors favors a limited stay here, the parties request that the Court stay the case, including all deadlines set in the recent Scheduling Order, pending resolution of DynaEnergetics' motion to dismiss.

/s/ Natalie A Bennett
Kathryn A. Feiereisel
Morgan Lewis Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (321) 324-1000
Fax: (321) 324-1001
Email: katie.feiereisel@morganlewis.com

C. Erik Hawes
Morgan Lewis Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006
Telephone: (713) 890-5000
Fax: (713) 890-5001
Email: erik.hawes@morganlewis.com

Natalie A Bennett
Morgan Lewis Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2541
Telephone: (201) 793-3000
Fax: (201) 793-3001
Email: natalie.bennett@morganlewis.com

Elizabeth M. Chiaviello
Morgan Lewis Bockius LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
Telephone: (214) 466-4000
Fax: (214) 466-4001
Email:
elizabeth.chiaviello@morganlewis.com

**Attorneys for Plaintiff SWM
International, LLC**

/s/ John F. Morrow, Jr.
Jonathon David Bergman
Andrew T. Stevenson
Davis Graham & Stubbs LLP
1550 17th Street
Suite 500
Denver, CO 80202
T: 303-892-9400
F: 303.893-1379
Email: Jon.Bergman@dgslaw.com
Email: Andrew.Stevenson@dgslaw.com

Barry J. Herman
Womble Bond Dickinson (US) LLP
100 Light St., 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

John F. Morrow, Jr.
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3584
Email:  John.Morrow@wbd-us.com

**Attorney for Defendants
DynaEnergetics Europe GmbH and
DynaEnergetics US, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the Court's CM/ECF service on this 18th day of January, 2022.

*/s/ Natalie A. Bennett*
